MICHAEL J. PIETRYKOWSKI (SBN: 118677)
mpietrykowski@grsm.com
BARTEK R. REJCH (SBN: 267823)
brejch@grsm.com
SOLOMON PANTUCH (SBN: 309458)
spantuch@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
100 Pringle Avenue, Suite 300
Walnut Creek, California 94596
Telephone:  (510) 463-8600
Facsimile:   (510) 984-1721

Attorneys for Defendant
WARREN PUMPS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DUNLAVEY, Individually and as Personal Representative of the Estate of DAVID L. DUNLAVEY, Deceased; ERIC DUNLAVEY, an Individual; TODD DUNLAVEY, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Case No. 2:24-cv-08746<br><br>[Los Angeles County Superior Court Case No. 23STCV00861]<br><br>**DEFENDANT WARREN PUMPS, LLC'S NOTICE OF FILING STATE COURT ANSWER TO PLAINTIFFS' COMPLAINT** |

Defendant WARREN PUMPS, LLC ("WARREN"), hereby submits the following document to be filed in this action, which was previously filed and served in Los Angeles County Superior Court, Case No. 23STCV00861 on September 18, 2024.

/ / /

/ / /

/ / /

/ / /

1
DEFENDANT WARREN PUMPS, LLC'S NOTICE OF FILING STATE COURT ANSWER TO PLAINTIFFS' COMPLAINT

1  A true and correct conformed copy of WARREN PUMPS, LLC'S ANSWER
2  TO COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL ACTIONS -
3  ASBESTOS, filed September 18, 2024, is attached hereto as Exhibit "A."
4
5  Dated: March 4, 2025        GORDON REES SCULLY MANSUKHANI, LLP
6
7                              By: */s/ Bartek R. Rejch*
8                                  Michael J. Pietrykowski
                                    Bartek R. Rejch
9                                  Solomon Pantuch
                                    Attorneys for Defendant
10                                 WARREN PUMPS, LLC

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant WARREN PUMPS, LLC, hereby certifies that a true and correct copy of the foregoing document(s) was filed with the Court and served electronically through CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on March 4, 2025.

*/s/ Isabel Quiñonez*
Isabel Quiñonez